# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SEALING ORDER |
| v. | : | |
| | : | Mag. No. 14-5014  (TJB) |
| THOMAS SHANNON, a/k/a "Cuzzo," | : | |
| ANTHONY J. BROOKS, | : | |
| RASHAWN RAMOS, and | : | |
| MARLON A. RAMOS | : | |

This matter having come before the Court upon the application of the United States of America (Nicholas P. Grippo, Assistant U.S. Attorney, appearing), for an arrest warrant of defendant Marlon A. Ramos, and its concurrent application that the amended criminal complaint filed against the persons named above be filed under seal, and good cause having been shown,

IT IS, on this 20th day of May, 2014

ORDERED that, except for such copies of the arrest warrant necessary to accomplish its purpose, the amended criminal complaint and arrest warrant against Marlon A. Ramos be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

RECEIVED

MAY 20 2014

TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE

_____
HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE